**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JASON PHILLIPS,

    Plaintiff,                        Case No. 6:17-cv-00252-ORL-41-KRS

v.

BRIGHT HOUSE NETWORKS, LLC,
d/b/a CHARTER SPECTRUM,

    Defendant.

_____ /

## NOTICE OF SETTLEMENT

    The Plaintiff, JASON PHILLIPS, *pro se*, hereby notify this Honorable Court that the parties have reached an agreement in principle to resolve all matters pertaining to the instant action. The parties are in the process of finalizing documentation related to the agreement, and the parties will file the appropriate documentation for the Court's review as soon as it is finalized and agreed upon. The Plaintiff anticipates that the parties will be able to file a Stipulation for Dismissal with Prejudice within forty-five (45) calendar days of the date of this filing.

DATED: April 3, 2018

                                                          By: *Jason Brian Phillips, Esq., pro se*

                                                          Jason Brian Phillips, Esq.
                                                          Florida Bar No: 89841
                                                          J. BRIAN PHILLIPS, P.A.
                                                          P.O. Box 621176
                                                          Orlando, FL 32862-1176
                                                          Tel. (407) 237-0192
                                                          jason@jbrianphillipsesq.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2018, a true and correct copy of the foregoing has been electronically filed through the CM/ECF system which will provide notice to:

Daniel Gaynor, Esq.
dgaynor@kcozlaw.com
Ryan D. Watstein, Esq.
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: 404.400.7300
Facsimile: 404.400.7333
Attorneys for Defendant

    Respectfully submitted by,

    /s/ Jason Brian Phillips, pro se
    Jason Brian Phillips, Esq.
    Florida Bar No. 89841
    J. Brian Phillips, Esq.
    jason@jbrianphillipsesq.com
    P.O. Box 621176
    Orlando, Florida 32862-1176